IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JEREMY DAVIS                                                                                                    PLAINTIFF

V.                                                                        CIVIL ACTION NO. 1:21-CV-00064-NBB-DAS

JIMMY EDWARDS,
SCOTT BENSON, and
KAYLA HARRISON                                                                                              DEFENDANTS

ORDER REQURING PLAINTIFF TO SUBMIT
ADDITIONAL INFORMATION TO THE COURT

This matter comes before the Court upon Plaintiff Jeremy Davis' *pro se* complaint challenging the conditions of his confinement pursuant to 42 U.S.C. § 1983.  Doc. # 1.  Plaintiff complains about meals and medical care provided to him while housed at the Union County Jail in New Albany, Mississippi, and names Sheriff Jimmy Edwards, Jail Administrator Scott Benson, and Assistant Jail Administrator Kayla Harrison as Defendants.  *Id.*  In order for the Court to properly assess the merits of Plaintiff's claims, more information is needed.  Accordingly, Plaintiff must submit additional information regarding his claims, specifically he is directed to provide a description of each named Defendant's personal involvement in the alleged actions or inactions identified in his complaint.  Plaintiff must submit this information to the Court within thirty (30) days from the date of this Order.  Plaintiff's failure to do so may result in dismissal of this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**SO ORDERED**, this the 15th day of June, 2021.

/s/ David A. Sanders
**DAVID A. SANDERS**
**UNITED STATES MAGISTRATE JUDGE**